UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL ROBINSON,

Plaintiff,

v.

RONALD OLIVER, et al.,

Defendants.

Case No.: 2:25-cv-01641-JAD-NJK

**ORDER**

[Docket No. 6]

Nevada inmate Michael Robinson brings this pro se civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated at Southern Desert Correctional Center. Docket No. 4. On July 10, 2026, the Court issued a screening order that concluded that Plaintiff stated colorable claims and stayed the case for mediation. Docket No. 3.

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that, pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

The Court grants Plaintiff 30 days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within 30 days from the date of entry of this order, this case will be subject to dismissal without prejudice.

For the foregoing reasons, IT IS ORDERED that Plaintiff must file his updated address with the Court on or before **August 14, 2026**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of Court is INSTRUCTED to send a courtesy copy of this order, the screening order dated July 10, 2026 (Docket No. 3) and the Complaint (Docket No. 4) to Plaintiff at High Desert State Prison (*see* Docket No. 6).

DATED: July 15, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE